UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY, *et al.*, <br><br> Defendants. <br> _____/ | No. C-13-4701 EMC <br><br> **ORDER DIRECTING U.S. MARSHAL TO SERVE COMPLAINT AND OTHER DOCUMENTS** |

On November 22, 2013, this Court granted Plaintiff's request to proceed in forma pauperis but dismissed the original complaint with leave to amend. On December 17, 2013, Plaintiff filed an amended complaint. The Clerk is **ORDERED** to issue summons.

**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California service, without prepayment of fees, a copy of the amended complaint, any amendments, scheduling orders, attachments, plaintiff's affidavits, and this order upon the defendant.

IT IS SO ORDERED.

Dated: January 23, 2014

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LINCOLN D. FINLEY JR.,

      Plaintiff,

v.

JOHN HANCOCK LIFE INSURANCE COMPANY et al,

      Defendant.
_____/

Case Number: CV13-04701 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lincoln D. Finley
1271 Washington Avenue
#266
Oakland, CA 94577

Dated: January 23, 2014

Richard W. Wieking, Clerk
By: Betty P. Lee, Deputy Clerk

2