John C. Holmes (120578), jholmes@bargerwolen.com
Richard B. Hopkins, II (190108), rhopkins@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant John Hancock Life
Insurance Company (U.S.A.),
erroneously sued as John Hancock Life
Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY, <br><br> Defendants. | CASE NO.: C 13-04701 EMC <br><br> Hon. Edward M. Chen <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM APRIL 15, 2014 TO MAY 22, 2014 <br><br> Complaint Filed: October 9, 2013 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10199\042\14pleadings\stipulation to continue cmc.doc

Plaintiff Lincoln D. Finley, Jr. and Defendant John Hancock Life Insurance Company (U.S.A.) ("John Hancock") jointly request and stipulate that the Case Management Conference, currently scheduled for April 15 at 9 a.m., be continued to May 22, 2014 at 9 a.m.

Dated: April 11, 2014

By: _____
LINCOLN D. FINLEY, JR.
Plaintiff

Dated: April 11, 2014

BARGER & WOLEN LLP

By: _____
JOHN C. HOLMES
RICHARD B. HOPKINS, II
Attorneys for Defendant John Hancock Life Insurance Company (U.S.A.)

IT IS SO ORDERED. A joint CMC Statement shall be filed by 5/15/14.

_____
Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen