UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 13-cv-04701-VC<br><br>**ORDER** |

The parties have repeatedly failed to follow the Court's orders regarding the submission of a case management statement following reassignment.  Therefore, a case management conference is scheduled for September 16, 2014 at 10:00 a.m.  The parties must appear in person at the case management conference.  The parties must submit a joint case management statement (or if they cannot communicate with one another, separate case management statements) by September 9, 2014.  If the plaintiff does not submit a case management statement and appear at the case management conference, the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 13-cv-04701-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 8/26/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lincoln D. Finley
1271 Washington Avenue
#266
Oakland, CA 94577


Dated: 8/26/2014

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA