1  John C. Holmes (120578), jholmes@mail.hinshawlaw.com
   Richard B. Hopkins, II (190108), rhopkins@ mail.hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

6  Attorneys for Defendant John Hancock Life
   Insurance Company (U.S.A.),
7  erroneously sued as John Hancock Life
   Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY, JR.,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>        Defendants. | CASE NO.: 3:13-CV-04701 VC-(DMR)<br><br>Hon. Vince Chhabria<br><br>**[PROPOSED] ORDER ON DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S UNOPPOSED MOTION FOR CLIENT REPRESENTATIVE TO PARTICIPATE IN SETTLEMENT CONFERENCE VIA TELEPHONE**<br><br>Settlement Conference:<br>November 18, 2014 at 11:00 a.m.<br><br>Magistrate Judge Donna M. Ryu<br>Courtroom No. 4<br>Third Floor<br>U.S. District Court<br>1301 Clay Street<br>Oakland, CA 94612 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10199\042\14pleadings\jh mtn 2 participate in adr conf via tel_order.doc

[~~PROPOSED~~] ORDER

For good cause showing, Defendant John Hancock Life Insurance Company (U.S.A.)'s ("John Hancock") representative shall be permitted to participate in the November 18, 2014 Settlement Conference via telephone. John Hancock's counsel shall personally participate in the Settlement Conference and John Hancock's representative shall be available via telephone for the duration of the Settlement Conference.

IT IS SO ORDERED.

Dated: October 20, 2014

DONNA M. RYU
United States Magistrate Judge