Lincoln D. Finley, Jr.

1271 Washington Ave, 266

San Leandro, California 94577

510.337.4369

In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY, JR. | Case No.: 13-CV-04701-VC |
| Plaintiff, | Motion for Judicial Disqualification |
| vs. | AND ORDER |
| HANCOCK LIFE INSURANCE COMPANY, | |
| Defendant | |

Pursuant 28 U.S.C. §144, Plaintiff Lincoln D. Finley, Jr., respectfully move to recuse Judge Vince Chaabria from the above-entitled matter.

"The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law."

The above mentioned Judge has simply ignored plaintiff's filings and has wantonly refused to provide due process, equal protection to all litigants before the court and has behaved in a manner inconsistent with that which is needed for full, fair, impartial hearings.

The United States Constitution guarantees an unbiased Judge who *will always* provide litigants with full protection of All Rights. Therefore, Petitioner respectfully demands said judge

1  recuse himself in light of the comments in prior hearing, in which Judge Chaabria stated, "I don't
2  understand anything coming out your month; you need an attorney who can speak the language I
3  speak." A court cannot require a party to have legal representation and the election of a party to
4  appear Sui Juris is a fundament right not to be interfered with. Petitioner has good reason to
5  believe the above Judge cannot hear the above case in a fair and impartial manner.
6  
7  I HEREBY CERTIFY that this pleading has been provided to all defendants and/or their counsel
8  by various means, including fax and e-mail, this November 7th, 2014.
9  I declare under penalty of perjury that the foregoing facts are true, correct, and complete, and I
10 certify, as indicated above, that this motion to disqualify is made in good faith.

_____
Lincoln P. Finley, Jr. - Sui Juris

DATE: November 13, 2014



DENIED
Judge Vince Chhabria

Motion for Judicial Disqualification   - 2