Name: Lincoln D. Finley, Jr.
Address: 1271 Washington Ave, 266
San Leandro, California 94577
Phone Number: 510.337.4369
E-mail Address: finleylincoln@yahoo.com

*Pro Se*

RECEIVED
2014 NOV 10 A 9 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINCOLN D. FINLEY, JR.

Plaintiff,

vs.

JOHN HANCOCK LIFE INSURANCE COMPANY

Defendant.

Case Number: C-13-4701-VC

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: November 13, 2014

IT IS SO ORDERED.
Judge Vince Chhabria
United States District Court, Northern District of California