UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 13-cv-04701-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the minute order filed on November 18, 2014 that the parties have resolved this case after a settlement conference conducted by Magistrate Judge Donna M. Ryu. (Dkt. No. 46). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
VINCE CHHABRIA
United States District Judge

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN D. FINLEY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 13-cv-04701-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/8/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lincoln D. Finley
1271 Washington Avenue, #266
San Leandro, CA 94577


Dated: 12/8/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA